**INECTO, Incorporated, Petitioner, v. COM-MISSIONER OF INTERNAL REVE-NUE, Respondent.**

No. 446.

Circuit Court of Appeals, Second Circuit.

June 11, 1934.

Eugene Meacham, of Washington, D. C., for petitioner.

J. Louis Monarch, of Washington, D. C., Frank J. Wideman, Asst. Atty. Gen., Sewall Key and F. A. Le Sourd, Sp. Assts. to Atty. Gen., Robt. H. Jackson, Asst. Gen. Counsel, Treasury Department, and W. Frank Gibbs and Frank M. Thompson, Sp. Attys., Bureau of Internal Revenue, all of Washington, D. C., for respondent.

Before L. HAND, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decision affirmed.

---

**INVESTMENT TRUST OF MUTUAL INVESTMENT COMPANY, Empire Trust Company, Trustee, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 386.

Circuit Court of Appeals, Second Circuit.

June 25, 1934.

Lord, Day & Lord, of New York City, for petitioner.

Frank J. Wideman, Asst. Atty. Gen., and J. Louis Monarch and Arnold Raum, Sp. Assts. to Atty. Gen., for respondent.

Before MANTON, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Affirmed on the authority of Hecht v. Malley, 265 U. S. 144, 44 S. Ct. 462, 68 L. Ed. 949, and Ittleson v. Anderson, 67 F.(2d) 323 (C. C. A. 2).

---

**INTERNATIONAL INVESTMENT CORPORATION OF TOPEKA, KANSAS, v. Henry F. J. RUPP et al.**

No. 916.

Circuit Court of Appeals, Tenth Circuit.

May 17, 1934.

Harold M. Slater, of Topeka, Kan., for appellant.

Guy L. Hursh, of Topeka, Kan., for appellees.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed on stipulation.

---

**IOLA THEATRE CORPORATION v. Carl G. ILES, Receiver in Bankruptcy of the Estate of Iola Theatre Corporation, et al.**

No. 901.

Circuit Court of Appeals, Tenth Circuit.

June 25, 1934.

Rosenberg & Greenebaum, of Kansas City, Mo., for appellant.

Oyler, Gard & Toland, of Iola, Kan., for appellees.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Cause reversed and remanded, per stipulation, with direction to vacate and set aside certain orders of the District Court.